UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TWIN RIVERS ENGINEERING, INC.,

      Plaintiff,

v.                                     Case No: 6:17-mc-53-Orl-40TBS

FIELDPIECE INSTRUMENTS, INC. and
CHY FIREMATE CO., LTD.,

      Defendants.

_____

## REPORT AND RECOMMENDATION

      Pending before the Court is Defendants' Renewed Motion to Enforce the Court's Order Granting Defendants Motion for Attorney's Fees (Doc. 18). No opposition has been filed and the time in which to do so has expired. As the Court explained in an earlier Order, when a party fails to respond, that is an indication that the motion is unopposed (Doc. 12). Based upon its lack of response, the Court finds that Plaintiff does not oppose Defendants' motion.

      On December 28, 2017, the Court ordered that Defendants shall recover $8,257.00 in attorney's fees from Plaintiff (Doc. 15).[1] Plaintiff never requested review or reconsideration of this Order. Defendants assert that despite the Order and their follow up, Plaintiff has not complied and Defendants lack any confidence that Plaintiff will do so. Now, Defendants seek an Order directing Plaintiff to pay the award within ten business days or "any further, additional, or different relief that this Court finds is fair, equitable, and necessary ..." (Doc. 18 at 4).

_____

[1] The fee award resulted from a discovery dispute, the details of which are not pertinent to the instant motion.

Upon consideration of the foregoing, I respectfully recommend that the motion be **GRANTED, in part,** in that the Court should enter a judgment against Plaintiff and in favor of Defendants in the amount of $8,257.00, with interest to accrue at the statutory rate, for which execution should issue. Once the judgment is entered, Defendants may commence collection efforts.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on March 2, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record
Any Unrepresented Parties