# dUNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TWIN RIVERS ENGINEERING, INC.,

        Plaintiff,

v.                                   Case No:  6:17-mc-53-Orl-40TBS

FIELDPIECE INSTRUMENTS, INC. and
CHY FIREMATE CO., LTD.,

        Defendants.

_____/

## ORDER

This cause is before the Court on Defendants' Renewed Motion to Enforce the Court's Order Granting Defendant's Motion for Attorney's Fees (Doc. 18) filed on January 29, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 2, 2018 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Renewed Motion to Enforce the Court's Order Granting Defendant's Motion for Attorney's Fees (Doc. 18) is **GRANTED IN PART**.

3.    Judgment shall be **ENTERED** against Plaintiff and in favor of Defendants in the amount of $8,257.00, with interest to accrue at the statutory rate, for which execution

should issue.   Once the judgment is entered, Defendants may commence collection efforts.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties